# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO
# ALBUQUERQUE, NEW MEXICO

## CLERK'S MINUTES
## BEFORE THE HONORABLE LORENZO F. GARCIA

DEFENDANTS:                        TYPE OF HEARING: Detention/Preliminary Hrg

James C. Joe                            CASE NO. 04-M-595/ 04-M-596/ 04-M-597

Wilbert Nez                             DATE & TIME 9/29/04 @ 9:30 am

Ernest Allen Jr.

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA: Reeve Swainston          DEFENSE Tom Jameson ( ) APPT

                                                       Jerry Herrera ( ) APPT

                                                       Howard Anderson ( ) APPT

                                                       ( ) APPT ( ) RET

PTS/PROB OFFICER Sami Geurtz       INTERPRETER:

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| 04-28 LFG | | | |
| @ 1284 | Court | | |
| @ 1324 | Jameson - waive prelim hrg | | |
| | Herrera - waive prelim hrg | | |
| | Anderson - waive prelim hrg | | |
| | Court - questions | | |
| | | | |

**DATE OF ARREST:**

**HEARING RESULTS/FINDINGS:** knowing willing freely and voluntarily waive the preliminary hearing; Probable Cause Found; defts released w/conditions